*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and FLUHR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Mee REH**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400433**

_____

Decided: 11 June 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Ryan C. Lipton (arraignment)
Adam N. Subervi (motions and trial)

Sentence adjudged 8 August 2024 by a general court-martial tried at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

---

[1] Appellant was credited with have served 7 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.